| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | BENJAMIN B. WAGNER<br>United States Attorney<br>HENRY Z. CARBAJAL III<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6<br>7 | Attorneys for the<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00275 LJO |
|---|---|
| Plaintiff, | STIPULATION TO RETURN SEIZED PROPERTY; ORDER |
| v. | |
| YADWINDER SINGH, | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant, | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. On or about January 26, 2011, pursuant to a search warrant, agents for the Department of Homeland Security seized, among other items, 42 pieces of jewelry from the home of defendant Yadwinder Singh.

2. On or about August 20, 2012, Yadwinder Singh pleaded guilty to conspiracy to unlawfully produce and transfer identification documents. Mr. Singh was sentenced on December 10, 2012.

3. A forfeiture money judgment was imposed against Mr. Singh in the amount of

1

$64,000.

4. Counsel for the defendant represents that the 42 pieces of jewelry seized on January 26, 2011 are not related to the crime for which the defendant was convicted.

5. The forfeiture unit of the Department of Homeland Security will not release the jewelry without a court order permitting them to do so.

6. Therefore, the parties agree to the return of the 42 pieces of jewelry to the custody of the defendant's counsel, Eric H. Schweitzer, for ultimate return to the spouse of Yadwinder Singh.

IT IS SO STIPULATED.

DATED: June 6, 2013

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: June 6, 2013

/s/Eric H. Schweitzer
ERIC H. SCHWEITZER
Counsel for Defendant
YADWINDER SINGH

**O R D E R**

IT IS SO ORDERED.

Dated: **June 7, 2013**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE